IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Joe W. Jean-Louis, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv572 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Mayor City of Cincinnati, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 30, 2011 (Doc. 2), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 16, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff is assessed the filing fee of $350.

The complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b).

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court